IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANTHONY QUINN WELCH, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1254 |
| | § | |
| EXPERIAN, TRANS UNION & CSC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 11), this action against defendant Experian Information Solutions Inc. is dismissed with prejudice.

SIGNED on May 30, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge