IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANTHONY QUINN WELCH, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-13-1254 |
| § | |
| EXPERIAN, TRANS UNION & CSC, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL

In accordance with the parties' stipulation, (Docket Entry No. 15), this action against defendant CSC Credit Services, Inc. is dismissed with prejudice. This case is dismissed with prejudice as all parties have settled their claims.

SIGNED on June 19, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge